# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PATRICK B. CHATTIN,<br><br>Plaintiff,<br><br>-vs-<br><br>MARISSA SIMS,<br><br>Defendant. | No. CV 19-65-BU-SEH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 15th day of December, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge